March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JACQUELINE WILLIAMS, EXECUTRIX FOR THE ESTATE OF JAVIER RAMIREZ CRUZ AND YOLANDA ROSENDA RAMIREZ CRUZ, Appellants

NO. 14-12-00791-CV                    V.

PROVIDENT AMERICAN INSURANCE COMPANY, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 1, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.